IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:22-CR-40(4) |
| | § | |
| TOMARION SESSIONS | § | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for Final Order of Forfeiture in the above-entitled case, and in support thereof would show the following:

1. On July 11, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, forfeiting to the United States the sum of $4,269.00 and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense alleged in Count One of the superseding indictment, which charged a violation of 21 U.S.C. § 846, conspiracy to distribute and possess with intent to distribute methamphetamine (actual), for which the defendant is personally liable.

2. The entry of a final order of forfeiture is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure and is requested as part of the present motion. Once the final order of forfeiture is entered, the United States may move at any time, pursuant to Fed. R. Crim. P. 32.2(e)(1)(B), to amend the order to

forfeit specific property of the defendant, having a value up to the $4,269.00 in cash proceeds, as substitute assets.

3. By virtue of the plea agreement and the determination of the amount of the money derived from the offense for which the defendant has been convicted, a final order should be entered against the defendant.

4. The government respectfully requests a final order of forfeiture as to the defendant, Tomarion Sessions, as proposed in the attached order, which shall be made part of the defendant's sentence and included in the judgment, pursuant to Fed.R.Crim.P. 32.2(b)(4).

                          Respectfully submitted,

                          DAMIEN M. DIGGS
                          UNITED STATES ATTORNEY

                          /s/   Donald Carter
                          DONALD CARTER
                          Assistant United States Attorney
                          Texas Bar No. 24065011
                          415 S 1st, Suite 201
                          Lufkin, Texas 75901
                          (409) 839-2538
                          (409) 839-2550 - fax
                          Donald.Carter2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument has been served on counsel for the defendant via the Court's CM/ECF filing system on March 11, 2024.

                                          */s/* Donald Carter
                                          DONALD CARTER

## CERTIFICATE OF CONFERENCE

I have conferred with counsel of record for defendant regarding the merits of this motion.    The motion is UNOPPOSED.

                                          */s/* Donald Carter
                                          DONALD CARTER